1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10   CARL MONTIGUE LEWIS,

11          Petitioner,                    No. CIV S-03-1410 GEB EFB P

12      vs.

13   DAVID L. RUNNELS,

14          Respondent.              ORDER

15   _____/

16          An evidentiary hearing was held in this matter on February 2, 2009.  Michael Bigelow

17   appeared for petitioner.  Laura Wetzel Simpton appeared for respondent.  Following the hearing,

18   and after discussion with counsel, THE COURT MADE THE FOLLOWING ORDERS and

19   announced them to the parties in open court:

20          1. Petitioner may file a supplemental brief addressing his claim pursuant to *Batson v.*

21   *Kentucky*, 476 U.S. 79 (1986), by February 23, 2009.

22          2. Respondent may file a responsive brief by March 9, 2009.

23          3. Petitioner may filed a reply brief by March 16, 2009.

24   ////

25   ////

26   ////

1

2:03-cv-01410-GEB-EFB Document 35 Filed 02/05/09 Page 2 of 2

1       4. Following submission of the additional briefing, petitioner's application for a writ of

2   habeas corpus will stand submitted to the court for decision.

3   DATED: February 5, 2009.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE